

**REGISTERED AGENT**
SOLUTIONS INC

A **LEXITAS** COMPANY

**Registered Agent Solutions, Inc.**
*Corporate Mailing Address*
5301 Southwest Parkway, Suite 400
Austin, TX 78735
**Phone:** (888) 705-7274

# SERVICE OF PROCESS RECEIPT

2025-09-29

Tammy Gibbs
**Schnuck Markets, Inc.**
11420 Lackland Road
St. Louis, MO 63146 USA

**NOTICE OF CONFIDENTIALITY**

This notice and the information it contains are intended to be a confidential communication only to the individual and/or entity to whom it is addressed. If you have received this notice in error, immediately call our SOP Department at (888) 705-7274.

**RE: Schnuck Markets, Inc.**

This receipt is to inform you that Registered Agent Solutions, Inc. has received a Service of Process on behalf of the above-referenced entity as your registered agent and is hereby forwarding the attached document(s) for your immediate review. A Summary of the service is shown below; however, it is important that you review the attached document(s) in their entirety for complete and detailed information.
For additional information and instruction, contact the document issuer: DWORKIN & MACIARIELLO

## SERVICE INFORMATION
Service Date:     2025-09-29
Service Time:     9:36 AM CDT
Service Method: Deputy Sheriff

## RASi REFERENCE INFORMATION
Service No.: 0403068
RASi Office: Illinois
Rec. Int. Id.: AHA

## CASE INFORMATION
Case Number: 2025LA000973
File Date:        09/16/2025
Jurisdiction:    3RD JUDICIAL CIRCUIT COURT, MADISON COUNTY, ILLINOIS
Case Title:      MARILYN PAYTON-WRIGHT VS. SHNUCK MARKETS, INC.

## ANSWER / APPEARANCE INFORMATION

30 days

*(Be sure to review the document(s) for any required response dates)*

## AGENCY / PLAINTIFF INFORMATION
Firm/Issuing Agent: DWORKIN & MACIARIELLO
Attorney/Contact:   JOHN W. CHWARZYNSKI, JR.
Location:              Illinois
Telephone No.:      312-857-7777

## DOCUMENT(S) RECEIVED & ATTACHED

Complaint
Summons



EXHIBIT
A

## ADDITIONAL NOTES:
DEPUTY SHERIFF INDICATED "SCHNUCK MARKETS, INC." WHEN SERVICE THE DOCUMENT, EVEN THOUGH THE NAME IS SPELLED DIFFERENTLY ON THE DOCUMENTS. PLEASE CONTACT THE ISSUING ATTORNEY FOR MORE INFORMATION.

**Questions?** Should you have any questions or need additional assistance, please contact the SOP Department at (888) 705-7274.

You have been notified of this Service of Process by Insta-SOP Delivery, a secure email transmission. The transmitted documents have also been uploaded to your Corpliance account. RASi offers additional methods of notification including Telephone Notification and FedEx Delivery. If you would like to update your account's notification preferences, please log into your Corpliance account at www.rasi.com.

*Thank you for your continued business!*

# SUMMONS

## IN THE STATE OF ILLINOIS, CIRCUIT COURT

☑ **Alias Summons**
*Check if this is not the 1ˢᵗ Summons issued for this Defendant/Respondent.*

**COUNTY:** Madison
*County Where You Are Filing the Case*

*Enter the case information as it appears on your other court documents.*

**PLAINTIFF/PETITIONER OR IN RE:** Marilyn Payton-Wright
*Who started the case.*                *First, Middle, and Last Name or Business Name*

2025 LA 000973
**Case Number**

**DEFENDANTS/RESPONDENTS:** Shnuck Markets, Inc., a Foreign
*Who the case was filed against.*

Corporation

*First, Middle, and Last Name or Business Name*

## The Defendant/Respondent named above has been sued. Read this form for information about how to respond to this lawsuit. Also see page 4 for next steps.

**For the person filling out this form: Read all instructions in this box.**

This *Summons* can only be used for certain types of cases. See the *How To Serve a Summons* Instructions for more information: ilcourts.info/summons-instructions.

Check 1 if this is a 30-day summons, or check 2 if this is a date certain summons. Fill in all the information in 1 or 2.

- Use a **date certain summons** if you are asking for money of $50,000 or less or recovery of your personal property that you think the Defendant has, and for some mandatory arbitration cases. In 2, fill in your court date and how to go to court. You may get the court date when you e-file or you may need to ask the Circuit Clerk's office.
- Use a **30-day summons** for most other case types.

Complete the rest of the form with the Defendant/Respondent's information and information about the lawsuit.

**If you are suing more than 1 Defendant/Respondent**, attach an *Additional Defendant/Respondent Address and Service Information* form for **each** additional Defendant/Respondent.



☑ **1. 30-DAY SUMMONS**

To participate in this case, you must **file** your *Appearance* and *Answer/Response* forms with the court within 30 days after you are served with this *Summons* (not counting the day of service) by e-filing or at:

Court Address: Madison County Circuit Court - 155 N. Main Street, Edwardsville, IL 62025
*Courthouse Street Address*

**- or -**

☐ **2. DATE CERTAIN SUMMONS**

*Your court date is listed below. Information about getting a court date and how to attend is available from the Circuit Clerk. You can find their contact information at ilcourts.info/CircuitClerks.*

To respond to this *Summons*, you must **attend court** in one of the ways checked below on:

_____ at _____ ☐ a.m. ☐ p.m. in _____ .
*Month, Day, Year*                *Time*                        *Courtroom Number*

Case Number: 2025 LA 000973

## Going to Court for a Date Certain Summons

Court dates may be in-person, remote, or a combination of in-person and remote.

☒ **In person** at: _____

                *Courtroom Address*                 *Courtroom Number*

☐ **Remotely** (video or telephone)

    **By video conference** at: _____
                     *Video Conference Website*

    Log-in information: _____
                *Video Conference Log-in Information, Meeting ID, Password, etc.*

    **By telephone** at: _____
            *Call-in Number for Telephone Remote Appearance*

To find out more about remote court options:

  Phone: _____    or    Website: _____
    *Circuit Clerk's Phone Number*             *Website URL*

## 3. ADDITIONAL INFORMATION ABOUT THE LAWSUIT

    a. I am asking for the following amount of money in my *Complaint/Petition*: $ 50,000.00_____.

                                *(Enter 0 if you are not asking for money)*

    b. I am asking for the return of tangible personal property (items in the Defendant/Respondent's possession) in my *Complaint/Petition*.

        ☐ Yes    ☑ No

## 4. DEFENDANT/RESPONDENT'S INFORMATION

    a. Number of Defendants/Respondents being served:

        ☑ I am having **1** Defendant/Respondent served and their information is on this form below.

        ☐ I am having more than 1 Defendant/Respondent served. The first is listed below. I have attached *Additional Defendant/Respondent Address and Service Information* forms for the following number of additional Defendants/Respondents: _____.
                                    *Number*

    b. First Defendant/Respondent's **primary address/information** for service:

    Name: Schnuck Markets, Inc._____
          *First, Middle, and Last Name, or Business Name*

    Registered Agent's Name *(if you are serving the Registered Agent of a business)*:

    Registered Agent Solutions, Inc._____
       *First, Middle, and Last Name*

    Street Address: 901 S. 2nd Street - Ste. 201_____
            *Street, Apt #*

    City, State, ZIP: Springfield, IL 62704_____
            *City*                *State*        *Zip*

    Telephone: _____    Email: _____

Case Number: 2025 LA 000973

c. **Second address** for this Defendant/Respondent:

☑ I do **not** have another address where the Defendant/Respondent might be found.

☐ I have another address where this Defendant/Respondent might be found. It is:

Street Address: _____
　　　　　　　　*Street, Apt #*

City, State, ZIP: _____
　　　　　　　　*City*　　　　　　　　　　　　　　　*State*　　　　　*Zip*

Telephone: _____　Email: _____

d. Person who will serve your documents on this Defendant/Respondent:

☑ Sheriff in Illinois ☐ Special process server ☐ Licensed private detective

☐ Sheriff outside Illinois: _____
　　　　　　　　　　　　*County & State*

## PLAINTIFF/PETITIONER INFORMATION:

*Enter your information below.*

Name DWORKIN & MACIARIELLO - John W. Chwarzynski Jr. _____
　　*First, Middle and Last Name*

Registered Agent's name, if any _____
　　　　　　　　　　　*First, Middle and Last Name*

Street Address 134 N. LaSalle Street - Ste. 650 _____
　　　　*Street, Apt #*

City, State, ZIP: Chicago, IL 60602 _____
　　　　　　*City*　　　　　　　　　　　　　　*State*　　　　　*Zip*

Telephone: (312) 857-7777 _____　Email: jwc@hammerjustice.com _____

Be sure to **check your email every day** so you do not miss important information, court dates, or documents from other parties.

---

**STOP** The Circuit Clerk and officer or process server will fill in this section.

### To be filled in by the Circuit Clerk:

Witness this Date: _____9/16/2025_____

Clerk of the Court: _____/s/ Patrick McRae_____
　　　　　　　　　　　　　　/s/ Michelle Davis

### To be filled in by an officer or process server:

Date of Service: _____

*Fill in the date above and give this copy of the Summons to the person served.*

---

**Note to officer or process server:**

- ⊙ If 1 is checked, this is a 30-day *Summons* and must be served within 30 days of the witness date.
- ○ If 2 is checked, this is a date certain *Summons* and must be served at least 21 days before the court date, unless 3b is checked yes.
  - ▪ If 2 is checked **and** 3b is checked yes, the *Summons* must be served at least 3 days before the court date.
- ⊙ Fill in the date above and give this copy of the *Summons* to the person served.
- ⊙ You must also complete the attached *Proof of Service* form and file it with the court or return it to the Plaintiff.



Case Number: 2025 LA 000973

# WHAT'S NEXT

## NEXT STEPS FOR PERSON FILLING OUT THIS FORM:

When you file a lawsuit, you must notify the person or business you are suing of the court case by having the *Summons* and Complaint or Petition delivered to them. This is called "serving" them.

File your *Summons* and Complaint or Petition with the Circuit Clerk in the county where your court case should be filed. The Circuit Clerk will "issue" the *Summons* by putting a court seal on the form.

Have the sheriff or a private process server serve the *Summons* and a copy of the Complaint or Petition on the Defendant/Respondent. You cannot serve the *Summons* yourself.



Learn more about each step in the process and how to file in the instructions:
ilcourts.info/summons-instructions.



## NEXT STEPS FOR PERSON RECEIVING THIS DOCUMENT:

**You have been sued:**
- Read all documents attached to this *Summons*.
- All documents referred to in this *Summons* can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.
- You may be charged filing fees, but if you cannot pay them, you can file an *Application for Waiver of Court Fees (Civil)*.
- When you go to court, it is possible that the court will allow you to attend the first court date in this case in-person or remotely by video or phone. Contact the Circuit Court Clerk's office or visit the Court's website to find out whether this is possible and, if so, how to do this.

**If Section 1 on page 1 of this *Summons* is checked (30-day summons):**
- You **must** file official documents called an *Appearance* and an *Answer/Response* with the court within 30 days of the date you were served with this *Summons*.
- If you do not file an *Appearance* and *Answer/Response* on time, the judge may decide the case without hearing from you. This is called "default." As a result, you could lose the case.
- After you fill out the necessary documents, you need to electronically file (e-file) them with the court. To e-file, you must create an account with an e-filing service provider. For more information, go to ilcourts.info/efiling. If you cannot e-file, you can get an exemption that allows you to file in-person or by mail.
- You should be notified of any future court dates.

**If Section 2 on page 1 of on this *Summons* is checked (date certain summons):**
- You **must** attend court on the date listed in Section 2 of this *Summons*.
- If you do not attend that court date, the judge may decide the case without hearing from you. This is called "default." As a result, you could lose the case.

**Need Help? ¿Necesita ayuda?**
- Call or text Illinois Court Help at 833-411-1121 or go to ilcourthelp.gov for information about going to court, including how to fill out and file documents.
- Llame o envíe un mensaje de texto a Illinois Court Help al 833-411-1121, o visite ilcourthelp.gov para obtener información sobre los casos de la corte y cómo completar y presentar formularios.
- You can also get free legal information and legal referrals at illinoislegalaid.org.
- If there are any words or terms that you do not understand, please **visit Illinois Legal Aid Online** at ilao.info/glossary. You may also find more information, resources, and the location of your local legal self-help center at: ilao.info/lshc-directory.

Case Number: 2025 LA 000973

# PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION

IN THE STATE OF ILLINOIS, CIRCUIT COURT

☑ **Alias Summons**

*Check if this is not the 1st Summons issued for this Defendant/Respondent.*

**COUNTY:** Madison

*County Where You Are Filing the Case*

*Enter the case information as it appears on your other court documents.*

**PLAINTIFF/PETITIONER OR IN RE:** Marilyn Payton-Wright

*Who started the case.*　　　*First, Middle, and Last Name or Business Name*

2025 LA 000973

**Case Number**

**DEFENDANTS/RESPONDENTS:** Shnuck Markets, Inc., a Foreign

*Who the case was filed against.*　　Corporation

*First, Middle, and Last Name or Business Name*

**STOP** Do not complete the rest of the form. **The sheriff or special process server will fill in the form.** Give them one copy of this blank *Proof of Service* form for each Defendant/Respondent who will be served.

My name is _____ and I state:

*Officer/Process Server First, Middle, Last Name*

## SERVICE INFORMATION

Defendant/Respondent: _____

*First, Middle, Last Name, or Business Name*

☐ I was not able to serve the *Summons* and Complaint/Petition on the Defendant/Respondent named above.

- or -

☐ I served the *Summons* and Complaint/Petition on the Defendant/Respondent named above as follows:

☐ **Personally** on the Defendant/Respondent:

☐ Male ☐ Female ☐ Non-Binary  Approx. Age: _____ Race: _____

On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____

☐ On **someone else at the Defendant/Respondent's home** who is at least 13 years old and is a family member or lives there:

Name of person served: _____

*First, Middle, Last Name*

☐ Male ☐ Female ☐ Non-Binary  Approx. Age: _____ Race: _____

On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____

and by sending a copy to this Defendant/Respondent in a postage-paid, sealed envelope to the above address on this date: _____.

SU-S 1503.7　　　　　　　　　　　　　　Page 5 of 6　　　　　　　　　　　　　　(11/24)

Case Number: 2025 LA 000973

☐ On the **Business's agent:** _____

*First, Middle, Last Name*

☐ Male ☐ Female ☐ Non-Binary  Approx. Age: _____ Race: _____

On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____

## SERVICE ATTEMPTS

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

**First Attempt:** On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____
Other information about service attempt:

_____

_____

_____

**Second Attempt:** On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____
Other information about service attempt:

_____

_____

_____

**Third Attempt:** On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____
Other information about service attempt:

_____

_____

_____

---

## SIGN

I certify under 735 ILCS 5/1-109 that:

1) everything in this document is true and correct, or I have been informed or I believe it to be true and correct, and

2) I understand that making a false statement on this form is perjury and has penalties provided by law.

Your Signature /s/ _____    Print Your Name _____

You are: ☐ Sheriff in Illinois                    ☐ Special process server
         ☐ Sheriff outside Illinois: _____   ☐ Licensed private detective, license number: _____
                              *County and State*                                              *License number*

**FEES:**
    Service and Return: $_____    Miles: $_____    Total: $_____

***EFILED***
Case Number 2025LA000973
Date: 8/7/2025 10:46 AM
Patrick McRae
Clerk of Circuit Court
Third Judicial Circuit, Madison County Illinois

## IN THE CIRCUIT COURT FOR THE THIRD JUDICIAL CIRCUIT
## MADISON COUNTY, LAW DIVISION

|  |  |
|---|---|
| MARILYN PAYTON-WRIGHT, | ) |
| Plaintiff, | ) |
| vs. | ) No.:   2025LA000973 |
| SHNUCK MARKETS, INC., a Foreign Corporation | ) |
| Defendant. | ) |

### COMPLAINT AT LAW

NOW COMES the Plaintiff, **MARILYN PAYTON-WRIGHT**, by and through her attorneys, **DWORKIN & MACIARIELLO**, and in complaining of the Defendant, **SHNUCK MARKETS, INC., a Foreign Corporation**, states and alleges as follows:

### COUNT I

1. On August 7, 2023, and at all times material to this matter, the Defendant, **SHNUCK MARKETS INC.**, was a Foreign Corporation licensed to do business in the County of Madison and in the State of Illinois.

2. On August 7, 2023, and at all times material, the Defendant, **SHNUCK MARKETS, INC.**, was in the business of selling consumer goods and owned, operated, and maintained certain properties including the property located at 2811 Homer Adams Parkway in the City of Alton, the County of Madison and the State of Illinois.

3. On August 7, 2023, and at all times material, the Defendant, **SHNUCK MARKETS, INC.**, employed certain people to among other things, ensure that the premises floors remained clean and free of hazardous, slippery substances.

4. On August 7, 2023, and at all times material to this matter, the Plaintiff, **MARILYN**

PAYTON-WRIGHT, was lawfully on the Defendant's aforementioned property as an invitee.

5.     On August 7, 2023, and at all times material to this matter, the Plaintiff, **MARILYN PAYTON-WRIGHT**, was in the grocery section when she suddenly slipped on an unnatural accumulation of a slippery substance on the floor therein.

6.     At the aforesaid time and place, the Plaintiff was in the exercise of ordinary care for her own safety.

7.     On August 7, 2023, and at all times material to this matter, the Defendant, **SHNUCK MARKETS, INC.,** by and through its agents, apparent agents, and/or employees, owed a duty to those within its store premises, including the Plaintiff, to ensure that its premises floors remained free of slippery substances to avoid creating a dangerous condition for those therein.

8.     On August 7, 2023, and at all times material to this matter, the Defendant, **SHNUCK MARKETS INC.,** by and through its agents, apparent agents, and/or employees, despite the aforementioned duty was negligent in one or more of the following acts and/or omissions:

a.   Created the dangerous and/or hazardous condition when it deposited said slippery substance upon the premises' floor;

b.   Failed to inspect its store premises, including the floors in the grocery department, for potentially dangerous, hazardous, and/or slippery substances;

c.   Failed to inspect its store premises, including the floors in the grocery department, for potentially dangerous, hazardous, and/or slippery substances despite knowing, or through reasonable inquiry knowing, that the potential for dangerous substances to be spilled was higher in the grocery department based on the nature of the products being sold therein;

d.   In the scope of the Defendant's duties, knew or should have known of the potential danger caused by leaving a slippery substance on the grocery department premises' floor;

e.   Failed to ensure that no slippery substance, or other potentially dangerous substance, was on the premises' floor;

f.  Failed to warn or indicate with signs of the presence of the slippery substance on the premises' floor;

g.  Failed to timely remove the hazardous liquid substance from the premises' floors;

h.  Allowed said liquid to remain on the surface of the floor even though it knew, or reasonably should have known, of the danger of failing to remove it;

9.  As a direct and proximate cause of one or more of the aforementioned negligent and careless acts and/or omissions of the Defendant, **SHNUCK MARKETS INC.**, by and through its agents, apparent agents, and/or employees, the Plaintiff, **MARILYN PAYTON-WRIGHT**, was caused to incur damages of a personal and pecuniary nature.

10. As a direct and proximate cause of one or more of the aforementioned careless and negligent acts and/or omissions of the Defendant, the Plaintiff, **MARILYN PAYTON-WRIGHT**, suffered severe bodily injury; has experienced and will continue to experience pain and suffering; has suffered and will continue to suffer pain and disability; and has incurred extensive medical expenses as a result of these injuries.

**WHEREFORE**, the Plaintiff, **MARILYN PAYTON-WRIGHT**, demands judgment against the Defendant, **SHNUCK MARKETS INC..**, **a Foreign Corporation**, in an amount in excess of FIFTY THOUSAND DOLLARS ($50,000), plus costs, and any other relief this Honorable Court deems fair and just.

Respectfully Submitted,
/s/ John W. Chwarzynski Jr.

_____

Attorney for the Plaintiff

John W. Chwarzynski Jr.
DWORKIN & MACIARIELLO
134 N. LaSalle St., Suite 650
Chicago, IL 60602
T: (312) 857-7777 | F: (312) 264-0794
E: jwc@hammerjustice.com
ARDC# 6327826

***EFILED***
Case Number 2025LA000973
Date: 8/7/2025 10:46 AM
Patrick McRae
Clerk of Circuit Court
Third Judicial Circuit, Madison County Illinois

## IN THE CIRCUIT COURT FOR THE THIRD JUDICIAL CIRCUIT
## MADISON COUNTY, LAW DIVISION

|  |  |  |
|---|---|---|
| MARILYN PAYTON-WRIGHT, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | No.: |
| SHNUCK MARKETS, INC., a Foreign Corporation | ) ) ) | |
| Defendant. | ) ) | |

### AFFIDAVIT PURSUANT TO SUPREME COURT RULE 222(B)

The Plaintiff, **MARILYN PAYTON-WRIGHT**, by and through her attorneys, **DWORKIN & MACIARIELLO**, hereby certifies under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure that the Complaint in the above-entitled action seeks money damages in excess of $50,000.00.

Respectfully Submitted,

/s/ John W. Chwarzynski Jr.

_____

Attorney for the Plaintiff

John W. Chwarzynski Jr.
DWORKIN & MACIARIELLO
134 N. LaSalle St., Suite 650
Chicago, IL 60602
T: (312) 857-7777 | F: (312) 264-0794
E: jwc@hammerjustice.com
ARDC# 6327826